NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Derrick McLaughlin,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Collections Acquisition Company Incorporated,<br><br>　　　　　　Defendant. | No. CV-16-00489-PHX-JJT<br><br>**ORDER** |

　　　Pursuant to this court's order of May 3, 3016 (Doc. 4),

　　　IT IS ORDERED dismissing this action without prejudice under Rule 4(m), Fed. R. Civ. P.

　　　Dated this 31st day of May, 2016.

　　　　　　　　　　　　　　　　　　　Honorable John J. Tuchi
　　　　　　　　　　　　　　　　　　　United States District Judge